UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HELLMAN,<br><br>                                Plaintiff,<br><br>v.<br><br>THE E.W. SCRIPPS COMPANY et al,<br><br>                                Defendants. | Case No.: 23-CV-1278-W(WVG)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION; SETTING DEADLINE TO FILE JOINT MOTION TO DISMISS AND SETTLEMENT DISPOSITION CONFERENCE** |

On September 6, 2023, the Court convened an Early Neutral Evaluation Conference in the above-captioned matter. (ECF No. 6.) Plaintiff Brian Hellman ("Plaintiff") and Lorraine M. Nisbet appeared on behalf of Plaintiff. *Id.* Amy Beverlin, Sabrina Shadi, and Defendant The E.W. Scripps Company's ("Defendant") client representatives Heather Muzumdar and Casey Graver appeared on behalf of Defendant. The Parties resolved this matter in its entirety.

Having consulted the Parties and their counsel of record, and good cause appearing, **IT IS HEREBY ORDERED:**

1. On or before **September 13, 2023**, Defendant shall provide a draft settlement agreement to Plaintiff.
2. Plaintiff shall review the settlement agreement and shall timely submit any

changes to Defendant. In the event a dispute arises regarding the terms of the settlement agreement, the parties shall meet and confer and shall promptly notify the Court of any dispute that they are not able to resolve themselves. The settlement agreement shall be executed on or before **September 20, 2023**.

3. Any terms of the settlement agreement that require action prior to the dismissal of this case shall be by completed on or before **October 4, 2023**.

4. On or before **October 11, 2023**, the parties shall file a joint motion to dismiss this action in its entirety and with prejudice.

5. If a joint motion to dismiss is filed by the deadline above, the telephonic settlement disposition conference below will automatically be vacated without further action by the parties.

6. A telephonic settlement disposition conference is scheduled for **October 13, 2023**, at **9:00 a.m.** The Court will initiate the call. **On or before October 11, 2023,** each attorney intending to participate shall lodge, via electronic mail addressed to efile_Gallo@casd.uscourts.gov, (1) the name of each attorney who will participate and (2) a telephone number at which each attorney may be reached <u>directly</u> without fail at the time of the conference.

**IT IS SO ORDERED.**

DATED: September 6, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge

**Appendix A – Zoom Videoconference Procedures**

1. The Court will use its official Zoom video conferencing account to hold the ENE. The Zoom software is available for download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the ENE.[2] There is a cost-free option for creating a Zoom account.

2. Prior to the start of the ENE, the Court will e-mail counsel the meeting login information required to join the Zoom video conference. Participants can join the video conference by following the ZoomGov Meeting hyperlink provided to counsel *or* by entering the meeting ID and password. Again, if possible, participants are encouraged to use laptops or desktop computers with a camera for the video conference, as mobile devices often offer inferior performance. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the ENE begins.

3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the ENE to ensure that the ENE begins promptly at 2:00 p.m.

4. Zoom's functionalities will allow the Court to conduct the ENE as it ordinarily would conduct an in-person ENE. That is, the Court will begin the ENE with all participants joined together in a main session. After an initial discussion in the main

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

session, the Court will divide participants into separate, confidential sessions, which Zoom calls "Breakout Rooms."[3] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. **No later than 12:00 p.m. on August 16, 2023,** counsel for each party shall send an e-mail to the Court at efile_Gallo@casd.uscourts.gov containing the following:

    a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b. An **e-mail address for each participant**. This email address should be the same address the participant has used to create his or her Zoom account; and

    c. A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference. (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

6. All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in person.

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646. In short, the Court will manually place each participant in their respective Breakout Room. When the Court does this, on the participants device, the participant will see a notification regarding joining the Breakout Room. The participant should select the option to join the room. If the Court then wishes to close the Breakout Rooms and converse with all parties and counsel, the participant should choose the option that will appear on his or her device to leave the Breakout Room—this will send the participant to the group room; it will not expel the participant from the conference.

1  Because Zoom may quickly deplete the battery of a participant's device, each participant
2  should ensure that their device is plugged in or that a charging cable is readily available
3  during the video conference. Participants should also participate in the conference in a
4  location that allows for privacy and which does not contain background noise such as dogs
5  barking, children, or other noise that will disrupt the conference.