UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HELLMAN,<br><br>                                  Plaintiff,<br><br>v.<br><br>THE E.W. SCRIPPS COMPANY, an Ohio Corporation; and DOES 1 through 25, inclusive,<br><br>                                  Defendants. | Case No.: 3:23-cv-1278-W-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [Doc. 9]** |

On October 13, 2023, the parties notified the Court that they reached a confidential settlement that disposed of this case entirely and jointly moved for dismissal with prejudice under Federal Rule of Civil Procedure 41(a). (Doc. 9.)  Having reviewed the joint motion, the Court **GRANTS** the joint motion and **ORDERS** that this case is **DISMISSED WITH PREJUDICE**.  It is further **ORDERED** that each party shall bear its own attorneys' fees and costs.

Dated:        October 19, 2023

_____
The Honorable Thomas J. Whelan
UNITED STATES DISTRICT JUDGE

1

3:23-cv-1278-W-WVG